UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10596 NMG

| | |
|---|---|
| THOMAS KELLEY,<br>    Plaintiff, | )<br>)<br>) |
| VS. | )<br>) |
| TOWN OF PLYMOUTH and<br>ROBERT J. POMEROY, as Chief of the<br>Plymouth Police Department and<br>Individually,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO RULE 16.1**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Robert Pomeroy, Chief
Plymouth Police Department

_____
Mark Sylvia
Town Manager
Town of Plymouth

Dated: 5/5/05

_____
Leonard H. Kesten, BB0# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter, Plaza, 12th Floor
Boston, MA 02116
617 880-7100

1