UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,

          Plaintiff,

v.                                                                                              Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al

          Defendants.

## CERTIFICATE OF CLIENT CONSULTATION
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Plaintiff hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____                                         _____
Joseph R. Gallitano, BBO # 183700                                  Thomas M. Kelley, Plaintiff
34 Main Street Ext.
Suite 202
Plymouth, MA  02360
(508) 746-1500

Dated:  May 6, 2005