UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS M. KELLEY, )<br>      Plaintiff, )<br>           )<br>v.            )<br>           )<br>TOWN OF PLYMOUTH, et al )<br>      Defendants. )<br>           ) | Civil Action No. 05-10596-NMG |

**NOTICE OF APPEARANCE OF CO-COUNSEL**
**FOR THE PLAINTIFF, THOMAS M. KELLEY**

  I, Richard Armstrong, hereby enter my appearance as co-counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled action.

                    Respectfully submitted,

                    /s/ Richard D. Armstrong, Jr.
                    Richard D. Armstrong, Jr. Esq.
                    BBO #
                    1400 Hancock Street
                    3rd Floor
                    Quincy, MA  02169
                    Tel:  617-471-4400

Dated:  June 22, 2005