# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500     FAX (508) 747-1150

June 27, 2005

**VIA FACSIMILE**
United States District Court
Attn: Elizabeth Elefther
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:     Thomas M. Kelley v. Town of Plymouth, et al
        Civil Action No. 05-10596-NMG

Dear Ms. Elefther:

I am in receipt of the ECF Notice dated Friday, June 24, 2005, concerning transmittal
letter sent to Attorney Richard D. Armstrong advising him of his inactive status. Please
be advised that the address you list on said notice for Attorney Armstrong is out-of-date
and that his new address, as listed on his Appearance as Co-Counsel is as follows:
Richard Armstrong, Esq., 1400 Hancock Street, 3rd Floor, Quincy, MA 02169. Please
resend the letter and reregistration and ECF application to Attorney Armstrong at the
Quincy address.

Thank you for your attention to this matter.

Very truly yours,

Joseph R. Gallitano

JRG/pjm

Enclosure

cc:     Richard D. Armstrong, Jr., Esq. (via facsimile)

## jrgassoc

| From: | ECFnotice@mad.uscourts.gov |
|---|---|
| Sent: | Friday, June 24, 2005 5:32 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:05-cv-10596-NMG Kelley v. Town of Plymouth et al "Letter sent to Attorney re inactive status" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' --> United States District Court District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 6/24/2005 at 5:32 PM EDT and filed on 6/24/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Kelley v. Town of Plymouth et al Case Number: 1:05-cv-10596
https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?97214

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view the document:

Docket Text:
Letter sent to Attorney Richard D Armstrong advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Elefther, Elizabeth)

The following document(s) are associated with this transaction:

<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:05-cv-10596 Notice will be electronically mailed to:
Joseph R. Gallitano                                        jrgassoc@adelphia.net

Leonard H. Kesten                                          lkesten@bhpklaw.com,
dcorbett@bhpklaw.com


1:05-cv-10596 Notice will not be electronically mailed to:
Richard D. Armstrong                                  , Jr
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02210

## **Gallitano & Associates**

Attorney Joseph R. Gallitano & Associates
34 Main Street Ext.
Suite 202
Plymouth, MA 02360
Tel: (508) 746-1500
Fax: (508) 747-1150

# Fax

| **To:** | Elizabeth Elefther | **From:** | Joseph R. Gallitano |
|---|---|---|---|
| **Fax:** | 617-748-9096 | **Date:** | June 27, 2005 |
| **Phone:** | | **Pages:** | 3 including cover |
| **Re:** | Thomas M. Kelley v. Town of Plymouth et al | **CC:** | [Click here and type name] |

☐ **Urgent**   ✎ **For Review**   ☐ **Please Comment**   ✎ **Please Reply**   ☐ **Please Recycle**

•**Comments:**

Please see attached.

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (508) 746-1500 and return the original message to us at the above address via the U.S. Postal Service. Thank you