UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10596 NMG

THOMAS KELLEY, )
    Plaintiff, )
 )
VS. )
 )
TOWN OF PLYMOUTH and )
ROBERT J. POMEROY, as Chief of the )
Plymouth Police Department and )
Individually, )
    Defendants. )

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Defendants in the above-captioned action.

Respectfully submitted,

/s/ Jeremy Silverfine
Jeremy Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: December 13, 2005