UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10596 NMG

THOMAS KELLEY, )
    Plaintiff, )
 )
VS. )
 )
TOWN OF PLYMOUTH and )
ROBERT J. POMEROY, as Chief of the )
Plymouth Police Department and )
Individually, )
    Defendants. )

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Now come the parties in the above-captioned matter, and jointly request this Honorable Court to extend the deadlines of its current Scheduling Order by an additional 60 days (including discovery and filing of dispositive motions).

As reasons for this motion, counsel for the defendants and plaintiff state they require the additional time to complete depositions and discovery. The parties have endeavored to coordinate dates for the noticed depositions of witnesses and defendants, as well as the plaintiff's continued deposition that have not yet been taken. However, due to scheduling conflicts, the parties have not been able to agree on dates that fall within the Scheduling Order deadlines to complete all of these depositions. Furthermore, the plaintiff's attorney is out of the state for most of the month of April and defendants' counsel has three trials presently scheduled during the month of May (one is a week-long trial) and two trials scheduled during the month of June.

The parties will not be prejudiced by this proposed extension. Therefore, the parties respectfully request that this Court allow the extension.

|  |  |
|---|---|
| PLAINTIFF,<br>THOMAS KELLEY,<br>By his attorney, | Respectfully submitted,<br>DEFENDANTS,<br>ROBERT J. POMEROY and the<br>TOWN OF PLYMOUTH,<br>By their attorneys, |
| /s/ Joseph R. Gallitano<br>Joseph R. Gallitano<br>34 Main Street<br>Suite 202<br>Plymouth, MA 02360<br>(508) 746-1500 | /s/ Jeremy I. Silverfine<br>Jeremy I. Silverfine, BBO#542779<br>Leonard H. Kesten, BBO# 542042<br>BRODY, HARDOON, PERKINS & KESTEN, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |

Dated: 4-6-06