UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10596 NMG

THOMAS KELLEY, )
    Plaintiff, )
  )
VS. )
  )
TOWN OF PLYMOUTH and )
ROBERT J. POMEROY, as Chief of the )
Plymouth Police Department and )
Individually, )
    Defendants. )

## DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO FURNISH RECORDS, INFORMATION AND TESTIMONY CONCERNING AN EXECUTIVE SESSION MEETING OF THE TOWN OF PLYMOUTH RETIREMENT BOARD

Now come the defendants in the above-captioned action and request this Honorable Court to compel the plaintiff to furnish records, information and testimony regarding an executive session meeting of the Town of Plymouth Retirement Board, held on May 27, 2004.

In support of this motion, the defendants rely upon the attached Memorandum of Law and exhibits.

Respectfully submitted,
DEFENDANTS,
ROBERT J. POMEROY and the
TOWN OF PLYMOUTH,
By their attorneys,


/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO#542779
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100


Dated: September 5, 2006