UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS KELLEY,<br>    Plaintiff,<br><br>VS.<br><br>TOWN OF PLYMOUTH and<br>ROBERT J. POMEROY, as Chief of the<br>Plymouth Police Department and<br>Individually,<br>    Defendants. | CIVIL ACTION NO.: 05 10596 NMG |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants, Town of Plymouth and Robert J. Pomeroy, as Chief of the Plymouth Police Department and Individually, in the above-captioned matter and certifies that they have conferred with counsel for the plaintiff, Joseph R. Gallitano, Esquire, regarding *Defendants' Motion to Compel Plaintiff to Furnish Records, Information and Testimony Concerning an Executive Session Meeting of the Town of Plymouth Retirement Board and supporting memorandum* in a good faith attempt to resolve or narrow the issues raised in said motion.

                                      Respectfully submitted,
                                      DEFENDANTS,
                                      ROBERT J. POMEROY and the
                                      TOWN OF PLYMOUTH,
                                      By their attorneys,

                                      /s/ Jeremy I. Silverfine
                                      Jeremy I. Silverfine, BBO#542779
                                      Leonard H. Kesten, BBO# 542042
                                      BRODY, HARDOON, PERKINS & KESTEN, LLP
                                      One Exeter Plaza
                                      Boston, MA 02116
                                      (617) 880-7100

Dated: September 5, 2006