UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.    Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Now comes counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled matter and certifies that he has conferred with counsel for the Defendants, Jeremy I. Silverfine, Esq., regarding Plaintiff's Motion to Extend Time to Respond to Defendants' Motion to Compel the Plaintiff to Furnish Records, Information and Testimony Concerning an Executive Session Meeting of the Town of Plymouth, and Attorney Silverfine has assented to said Motion.

September 15, 2006    Respectfully submitted,

    Thomas M. Kelley, Plaintiff,
    by his attorneys,

    */s/ Joseph R. Gallitano*
    Joseph R. Gallitano, Esq.
    BBO # 183700
    34 Main Street Ext., Suite 202
    Plymouth MA  02360
    (508) 746-1500