UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
        Plaintiff,

v.        Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
        Defendants.

**MOTION FOR PROTECTIVE ORDER
PURSUANT TO RULE 26(c)(1) AND RULE 30(d)(4)
TO LIMIT THE EXAMINATION OF THE
DEPOSITION OF THE PLAINTIFF THOMAS M. KELLEY**

Now comes the Plaintiff, and moves this Court for a Protective Order pursuant to Federal Rules of Civil Procedure Rule 26(c) (1) and Rule 30 (d)(4) to limit the examination of the Deposition of the Plaintiff Thomas M. Kelley. In support of this Motion, the Plaintiff relies upon the attached Memorandum of Law and accompanying exhibits.

        Respectfully Submitted,
        The Plaintiff,
        by his attorneys,

        */s/ Joseph R. Gallitano*
        Joseph R. Gallitano, Esq.
        BBO # 183700
        34 Main Street Ext., Suite 202
        Plymouth MA 02360
        (508) 746-1500

        */s/ Richard D. Armstrong*
        Richard D. Armstrong, Jr., PC
        BBO # 021580
        1400 Hancock Street
        3rd Floor
        Quincy, MA 02169
        (617) 471-4400

Dated: September 29, 2006