UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                                                  <u>Civil Action No. 05-10596-NMG</u>

TOWN OF PLYMOUTH, et al
    Defendants.

### **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now comes counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled matter and certifies that on September 20, 2006, he conferred with counsel for the Defendants, Jeremy I. Silverfine, Esq., regarding Plaintiff's Motion for a Protective Order in a good faith attempt to resolve or narrow the issues raised in said motion.

September 29, 2006                         Respectfully submitted,

                                                    Thomas M. Kelley, Plaintiff,
                                                  by his attorneys,

                                                  <u>*/s/ Joseph R. Gallitano*</u>
                                                  Joseph R. Gallitano, Esq.
                                                  BBO # 183700
                                                  34 Main Street Ext., Suite 202
                                                  Plymouth MA  02360
                                                  (508) 746-1500