UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                            Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

**ASSENTED TO MOTION TO EXTEND TIME
TO RESPOND TO OFFICE OF THE INSPECTOR GENERAL'S
MOTION TO QUASH SUBPOENAS FOR DOCUMENTS AND
TESTIMONY, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

        The Plaintiff, Thomas M. Kelley, respectfully moves this Court to enlarge the time to respond to the Office of the Inspector General's Motion to Quash Subpoenas for Documents and Testimony or, in the Alternative, for a Protective Order. The Plaintiff requests that this Court allow him until October 31, 2006, to respond to the Office of the Inspector General's Motion.

        As grounds for his motion, the Plaintiff states as follows:

        1.     Plaintiff's counsel and co-counsel need additional time in order to meet and draft their opposition to said Motion to Quash and have not been able to do so as a result of their court schedules. In addition, co-counsel, Attorney Armstrong has been out of the country since September 28, 2006, and will be returning on October 10, 2006. Attorney Armstrong has not yet seen the Motion to Quash and it is necessary for Plaintiff's counsel and co-counsel to meet to prepare their response.

        2.     On October 4, 2006, Attorney Joseph Gallitano telephoned counsel for the Office of the Inspector General, Attorney Christine Baily, requesting her assent to this Motion. Attorney Baily has assented to this Motion.

For the foregoing reasons the Plaintiff respectfully requests that the Court allow this Motion to enlarge the time to respond to the Office of the Inspector General's Motion to Quash Subpoenas for Documents and Testimony or, in the Alternative, for a Protective Order, up to and including October 31, 2006.

        Respectfully submitted,

        Thomas M. Kelley, Plaintiff,
        by his attorneys,

        */s/ Joseph R. Gallitano*
        Joseph R. Gallitano, Esq.
        BBO # 183700
        34 Main Street Ext., Suite 202
        Plymouth MA 02360
        (508) 746-1500

        */s/ Richard D. Armstrong*
        Richard D. Armstrong, Jr., PC
        BBO # 021580
        1400 Hancock Street
        3rd Floor
        Quincy, MA 02169
        (617) 471-4400

Dated: October 4, 2006

Assented to:

*/s/ Christine A. Baily*
Christine A. Baily, BBO #643759
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, Ext. 2617