UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                                                           Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Now comes counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled matter and certifies that he has conferred with counsel for the Inspector General's Office, Christine Baily, regarding the Assented to Plaintiff's Motion to Extend Time to Respond to Office of the Inspector General's Motion to Quash Subpoenas for Documents and Testimony or, in the Alternative, for a Protective Order and Attorney Baily has assented to said Motion.

October 4, 2006                                              Respectfully submitted,

                                          Thomas M. Kelley, Plaintiff,
                                          by his attorneys,


                                          */s/ Joseph R. Gallitano*
                                          Joseph R. Gallitano, Esq.
                                           BBO # 183700
                                         34 Main Street Ext., Suite 202
                                         Plymouth MA  02360
                                         (508) 746-1500