UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10596 NMG

THOMAS KELLEY,            )
    Plaintiff,            )
                          )
                          )
VS.                       )
                          )
TOWN OF PLYMOUTH and      )
ROBERT J. POMEROY, as Chief of the )
Plymouth Police Department and )
Individually,             )
    Defendants.          )

## DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Now come the Defendants in the above-captioned matter, and respectfully requests this Honorable Court to extend the deadline for a response to the Plaintiff's motion for Protective Order for a period of two weeks until October 30, 2006.

As reasons for this motion, counsel for the defendants state they require the additional time to complete their opposition. Further, the Defendants state that the parties will not be prejudiced by this proposed extension.

| Assented To,<br>PLAINTIFF,<br>THOMAS KELLEY,<br>By his attorney, | Respectfully submitted,<br>DEFENDANTS,<br>ROBERT J. POMEROY and the<br>TOWN OF PLYMOUTH,<br>By their attorneys, |
|---|---|
| /s/ Joseph R. Gallitano<br>Joseph R. Gallitano<br>34 Main Street<br>Suite 202<br>Plymouth, MA 02360<br>(508) 746-1500<br><br>Dated: 10-12-06 | /s/ Jeremy I. Silverfine<br>Jeremy I. Silverfine, BBO#542779<br>Leonard H. Kesten, BBO# 542042<br>BRODY, HARDOON, PERKINS & KESTEN, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |