UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                                                    Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Now comes counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled matter and certifies that he has conferred with counsel for the Inspector General's Office, Christine Baily, regarding the Second Assented to Motion to Extend Time Generally to Respond to Office of the Inspector General's Motion to Quash Subpoenas for Documents and Testimony, or in the Alternative, for a Protective Order and Attorney Baily has assented to said Motion.

October 27, 2006                                            Respectfully submitted,

                                                                     Thomas M. Kelley, Plaintiff,
                                                                     by his attorneys,

                                                                     */s/ Joseph R. Gallitano*
                                                                     Joseph R. Gallitano, Esq.
                                                                     BBO # 183700
                                                                     34 Main Street Ext., Suite 202
                                                                     Plymouth MA  02360
                                                                     (508) 746-1500