UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                                    Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Now comes counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled matter and certifies that on November 17, 2006, he conferred with counsel for the Defendants, Jeremy I. Silverfine, Esq., regarding Plaintiff's Motion to Supplement Motion for a Protective Order in a good faith attempt to resolve or narrow the issues raised in said motion.

November 17, 2006                        Respectfully submitted,

                                              Thomas M. Kelley, Plaintiff,
                                              by his attorneys,


                                              */s/ Joseph R. Gallitano*
                                              Joseph R. Gallitano, Esq.
                                               BBO # 183700
                                              34 Main Street Ext., Suite 202
                                              Plymouth MA  02360
                                              (508) 746-1500