UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
                       Plaintiff,

v.                                                 Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
                       Defendants.

## JOINT PROTECTIVE ORDER ENTERED DECEMBER 4, 2006
## IN OPEN COURT BY JUDGE MAGISTRATE MARIANNE B. BOWLER

      The transcript of the continued deposition of the Plaintiff, regarding the Plymouth Retirement Board executive session meeting of June 21, 2004, will be impounded and only available to the parties for purposes of the litigation process including dispositive motions, trial preparation and trial.  The transcript nor any of the records produced from said continued deposition shall not be released to the press or any news media organization nor to anyone not a named party to the suit action herein.  This order will not apply to documents or testimony previously produced in other pleadings, motions or depositions.  Further the parties, their counsel and any one attending the aforesaid continued deposition of Mr. Kelley, regarding said retirement board meeting shall not comment on or relate any portion of said continued deposition testimony to anyone not a party, counsel to the within action or member of this Court presiding over said action.  So ordered.

                                                        _____
                                                        Magistrate Judge Marianne B. Bowler

Dated:  January 12, 2007