UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS KELLEY,  )<br>    Plaintiff,  )<br>  )<br>VS.  )<br>  )<br>TOWN OF PLYMOUTH and  )<br>ROBERT J. POMEROY, as Chief of the  )<br>Plymouth Police Department and  )<br>Individually,  )<br>    Defendants.  )  | CIVIL ACTION NO.:  05 10596 NMG |

**DEFENDANTS' OPPOSITION TO JOINT MOTION TO ORDER INSPECTOR GENERAL TO PRODUCE AFFIDAVIT AND ISSUE PROTECTIVE ORDER**

Now come the Defendants in the above-captioned matter, and hereby object to the Joint Motion filed by the Plaintiff and the Inspector General's Office ("IG"). (Document 49).

As reasons therefore, the Defendants state that they did not agree nor were they consulted on any agreement for a protective order between the Plaintiff and the IG's office pertaining to any document requested by the Plaintiff. Further, the Defendants will be seeking information relating to the Plaintiff's meeting with the IG's office, which allegedly forms the basis for the Plaintiff's allegation in his complaint that he is a whistleblower and was retaliated against by the Defendants. By allowing said "joint motion" submitted by the Plaintiff and IG, the Defendants may be considered to have agreed to the proposed non-disclosure agreement and thus, waived any right to requesting or seeking information from the IG. To prohibit the Defendants from seeking information from the IG would effectively chill their ability to seek discoverable information in this case.

        Respectfully submitted,
        DEFENDANTS,
        ROBERT J. POMEROY and the
        TOWN OF PLYMOUTH,
        By their attorneys,


        /s/ Jeremy I. Silverfine
        Jeremy I. Silverfine, BBO#542779
        Leonard H. Kesten, BBO# 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated:  2-12-07