UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS M. KELLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. NO. 05-10596-NMG |
| TOWN OF PLYMOUTH, et al., | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF FILING BY HAND

Pursuant to Local Rule 5.2, the Office of the Inspector General ("IG's Office") hearby gives notice that it filed by hand, and not electronically, a copy of the Affidavit of Barbara J. Hansberry ("Affidavit"),on February 12, 2007.  On February 7, 2007, the IG's Office and the Plaintiff filed a joint motion respectfully asking this Court to order the IG's Office to produce an affidavit and issue a protective order ("Joint Motion").  In that Joint Motion, the parties explained that the IG remains concerned that the Affidavit contains confidential information. See M.G.L. c. 258; M.G.L. c. 12A, § 13.  Thus, the parties filed the Affidavit by hand in order to preserve its confidentiality until the Court has ruled upon the Joint Motion.

        Respectfully submitted,

        OFFICE OF THE
        INSPECTOR GENERAL,

        By its counsel,

        MARTHA COAKLEY
        ATTORNEY GENERAL


        /s/ Christine Baily
        Christine A. Baily, BBO #643759
        Assistant Attorney General
        Government Bureau
        One Ashburton Place, Room 2014
        Boston, Massachusetts 02108
        (617) 727-2200, extension 2617

Date:   February 22, 2007

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with Attorney Joseph R. Gallitano, counsel to the plaintiff Thomas M. Kelley, and an assistant to Attorney Jeremy I. Silverfine, counsel to the defendants, Robert J. Pomeroy and the Town of Plymouth.

      /s/ Christine Baily
      Christine A. Baily, BBO #643759
      Assistant Attorney General

Date:   February 22, 2007