# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500   FAX (508) 747-1150

March 26, 2007

**ELECTRONICALLY FILED**
United States District Court
Attn: Craig Nicewicz, Clerk
to Judge Nathaniel M. Gorton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Thomas M. Kelley v. Town of Plymouth, et al
      Civil Action No. 05-10596-NMG

Dear Mr. Nicewicz:

On February 7, 2007, Christine Baily, Assistant Attorney General for the Inspector General's Office and Plaintiff's counsel, filed a Joint Motion for Discovery to Order the Inspector General to Produce an Affidavit and to Issue a Protective Order (docket no. 49). On February 12, 2007, the Defendant, Town of Plymouth, filed an Opposition to said Motion (docket no. 50). On February 22, 2007, Christine Baily, filed a Motion for Leave to File a Reply to Defendants' Opposition to the IG Office and Plaintiff's Joint Motion (docket no. 51). To date no ruling has been entered on these docket entries, nor has a hearing been scheduled. Please mark these Motions for hearing at the earliest possible date.

I will be out of Town from April 17, 2007 through April 25, 2007.

Thank you for your attention to this matter.

Very truly yours,

Joseph R. Gallitano
JRG/pjm
cc:   Christine Baily, Assistant Attorney General
      Jeremy I. Silverfine, Esq.
      Richard D. Armstrong, Jr., Esq.
      Thomas Kelley