UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS KELLEY,<br>        Plaintiff, | CIVIL ACTION NO.:  05 10596 NMG<br>)<br>)<br>) |
| VS. | )<br>) |
| TOWN OF PLYMOUTH and<br>ROBERT J. POMEROY, as Chief of the<br>Plymouth Police Department and<br>Individually,<br>        Defendants. | )<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO EXTEND
## SCHEDULING ORDER DEADLINES

Now come the Defendants in the above-captioned matter, and hereby request this Honorable Court to extend the deadlines of its current Scheduling Order by 60 days (including discovery, filing of dispositive motions, and trial date).

As reasons for this motion, counsel for the defendants state they require the additional time to file their motion for summary judgment. Undersigned counsel states that he has just finished a month-long trial (*Kennedy v Billerica, et. al., Docket No.: 04-12357-PBS*) in Federal Court and has two other trials scheduled within the next month in Worcester Superior Court (*Pardee v Walker, Docket No.: 01-0980* and *Bastien v Sutton, Docket No.: 2001-01721*). In addition, both parties are still waiting for certain discovery responses from the Massachusetts Inspector General's office in this case.

The Defendants submit that the parties will not be prejudiced by this proposed extension. Therefore, the defendants respectfully request that this Court allow the extension.

        Respectfully submitted,
        DEFENDANTS,
        ROBERT J. POMEROY and the
        TOWN OF PLYMOUTH,
        By their attorneys,


        /s/ Jeremy I. Silverfine
        Jeremy I. Silverfine, BBO#542779
        Leonard H. Kesten, BBO# 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: 5-8-07