UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS KELLEY,<br>    Plaintiff,<br><br>VS.<br><br>TOWN OF PLYMOUTH and<br>ROBERT J. POMEROY, as Chief of the<br>Plymouth Police Department and<br>Individually,<br>    Defendants. | CIVIL ACTION NO.: 05 10596 NMG |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the Defendants in the above-captioned matter and certifies that they have conferred with Joseph Gallitano, counsel for the plaintiff, regarding Defendants' Motion To Extend Scheduling Order Deadlines.

        Respectfully submitted,
        DEFENDANTS,
        ROBERT J. POMEROY and the
        TOWN OF PLYMOUTH,
        By their attorneys,

        /s/ Jeremy I. Silverfine
        Jeremy I. Silverfine, BBO#542779
        Leonard H. Kesten, BBO# 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: 5-8-07