UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
        Plaintiff,

v.                                                      Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
        Defendants.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now comes counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled matter and certifies that on May 8, 2007, he conferred with counsel for the Defendants, Jeremy I. Silverfine, Esq., regarding Plaintiff's Motion for Mediation in a good faith attempt to resolve or narrow the issues raised in said motion.

May 9, 2007                                     Respectfully submitted,

                                                Thomas M. Kelley, Plaintiff,
                                                by his attorneys,


                                                */s/ Joseph R. Gallitano*
                                                Joseph R. Gallitano, Esq.
                                                 BBO # 183700
                                                34 Main Street Ext., Suite 202
                                                Plymouth MA  02360
                                                (508) 746-1500

1