July 10, 2007

**ELECTRONICALLY FILED**
United States District Court
Attn:   Craig Nicewicz, Clerk
to Judge Nathaniel M. Gorton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re:     <u>Thomas M. Kelley v. Town of Plymouth, et al</u>
        Civil Action No. 05-10596-NMG

Dear Mr. Nicewicz:

This letter serves as a request that a status conference be scheduled as soon as possible in connection with resolving outstanding issues, including reassigning a Final Pre-Trial Conference and trial date in connection with the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Joseph R. Gallitano*

Joseph R. Gallitano
JRG/pjm
cc:     Christine Baily, Assistant Attorney General
        Jeremy I. Silverfine, Esq.
        Richard D. Armstrong, Jr., Esq.
        Thomas Kelley