# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500     FAX (508) 747-1150

July 10, 2007

**ELECTRONICALLY FILED**
United States District Court
Attn:  Craig Nicewicz, Clerk
to Judge Nathaniel M. Gorton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re:   Thomas M. Kelley v. Town of Plymouth, et al
      Civil Action No. 05-10596-NMG

Dear Mr. Nicewicz:

I am in receipt of the Court's order scheduling the trial in the above-referenced case for September 17, 2007.  This is to advise you that I have a criminal trial scheduled in the Plymouth District Court in the case of Commonwealth v. Derek O. Boyer, Jr., Cr. No. 0659CR003340 on September 20, 2007.  I anticipate said trial taking at least 2 days.

Thank you for your attention to this matter.

Very truly yours,

/s/ Joseph R. Gallitano

Joseph R. Gallitano

JRG/pjm

cc:   Christine Baily, Assistant Attorney General
      Jeremy I. Silverfine, Esq.
      Richard D. Armstrong, Jr., Esq.
      Thomas Kelley