UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                                          Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

## ASSENTED MOTION TO CONTINUE TRIAL DATE

      The Plaintiff in the above-captioned matter moves to reschedule the trial date set by the Court on July 10, 2007, for September 17, 2007 at 9:00 a.m. We anticipate a trial will take about 10 days. As grounds therefore Plaintiff's counsel has a criminal trial scheduled to begin on September 20, 2007, in the Plymouth District Court, Commonwealth of Massachusetts v. Derek O. Boyer, Jr., Cr. No. 0659CR03340. In addition, Counsel for the Plaintiff has a trial in the United States District Court, scheduled for Pre-Trial on November 1, 2007, with the trial to begin on November 12, 2007, in the case of Dianne DuLong v. John E. Potter, Postmaster General, C.A. No. 04-12552.

      Attorney Jeremy Silverfine, counsel for the Defendants, has a two week trial scheduled to begin on September 24, 2007, a one week trial scheduled to begin on October 22, 2007, and a one week trial scheduled to begin on November 5, 2007.

      Both parties are available for trial beginning either the week of December 3, 2007, or the week of December 10, 2007.

1

2

  Wherefore, the Plaintiff requests that a Trial be scheduled to begin either the week of December 3, 2007, or December 10, 2007, with a pre-trial conference date set accordingly, if said dates are available with the Court.

Dated:  July 13, 2007

                Respectfully Submitted,
                The Plaintiff,
                by his attorneys,

                */s/ Joseph R. Gallitano*
                Joseph R. Gallitano, Esq.
                BBO # 183700
                34 Main Street Ext., Suite 202
                Plymouth MA  02360
                (508) 746-1500

                */s/ Richard D. Armstrong*
                Richard D. Armstrong, Jr., PC
                BBO # 021580
                1400 Hancock Street
                3rd Floor
                Quincy, MA  02169
                (617) 471-4400

Assented to:
Defendant, Town of Plymouth
By its Attorneys


*/s/ Jeremy Silverfine*
Leonard Kesten
BBO # 542042
Jeremy Silverfine
BBO # 542779
One Exeter Plaza
Boston, MA  02116
(617) 880-7100