UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                                    Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Now comes counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled matter and certifies that on July 13, 2007, he conferred with counsel for the Defendants, Jeremy I. Silverfine, Esq., regarding Plaintiff's Motion to Continue Trial Date and Attorney Silverfine assented to said Motion.

July 13, 2007                                     Respectfully submitted,

                                                      Thomas M. Kelley, Plaintiff,
                                                      by his attorneys,

                                                      */s/ Joseph R. Gallitano*
                                                      Joseph R. Gallitano, Esq.
                                                       BBO # 183700
                                                      34 Main Street Ext., Suite 202
                                                      Plymouth MA  02360
                                                      (508) 746-1500