UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 10596 NMG

| | |
|---|---|
| THOMAS KELLEY,<br>    Plaintiff, | )<br>)<br>) |
| V. | )<br>) |
| TOWN OF PLYMOUTH and<br>ROBERT J. POMEROY, as Chief of the<br>Plymouth Police Department and<br>Individually<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JEREMY SILVERFINE

I, Jeremy Silverfine, hereby depose and state the following is true and accurate to the best of my belief as follows:

1. I am an attorney at Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, which represents the defendants in the captioned action.

2. Attachment 1 hereto is a true and accurate copy of the Complaint filed in action.

3. Attachment 2 hereto is a true and accurate copy of page excerpts from the Deposition of Thomas Kelley, Volume I, in this action.

4. Attachment 3 hereto is a true and accurate copy of page excerpts from the Deposition of Robert J. Pomeroy, in this action.

5. Attachment 4 hereto is a true and accurate copy an *Old Colony Memorial* Article; "Benefits paid without vote" dated September 6, 2001, in this action.

6. Attachment 5 hereto is a true and accurate copy of page excerpts from the Deposition of Thomas Kelley, Volume II, in this action.

7. Attachment 6 hereto is a true and accurate copy of Plaintiff's Answers to Defendants' First Set of Interrogatories, No. 11, in this action.

8. Attachment 7 hereto is a true and accurate copy of correspondence to "To Whom It May Concern" from Lydia Bazzano, M.D. dated May 27, 2003, in this action.

9. Attachment 8 hereto is a true and accurate copy of correspondence to Chief Pomeroy from Donald M. Moore, Jr., M.D. dated June 11, 2003, in this action.

10. Attachment 9 hereto is a true and accurate copy of correspondence to Thomas Kelley from Chief Robert Pomeroy dated June 24, 2003, in this action.

11. Attachment 10 hereto is a true and accurate copy of an email to Chief Pomeroy from Thomas Kelley dated July 3, 2003, in this action.

12. Attachment 11 hereto is a true and accurate copy of page excerpts from the Deposition of Paul Boyle, in this action.

13. Attachment 12 hereto is a true and accurate copy of page excerpts from the Deposition of Lawrence Rooney, in this action.

14. Attachment 13 hereto is a true and accurate copy of page excerpts from the Deposition of Michael Botieri, in this action.

15. Attachment 14 hereto is a true and accurate copy of Defendant, Town of Plymouth's Answers to Plaintiff's First Set of Interrogatories, Answer No. 22, in this action.

16. Attachment 15 hereto is a true and accurate copy of page excerpts from the Deposition of William R. Griffin, in this action.

        /s/ Jeremy Silverfine
        Jeremy Silverfine

Date: July 30, 2007