UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 10596 NMG

| | |
|---|---|
| THOMAS KELLEY,<br>    Plaintiff, | )<br>)<br>) |
| V. | )<br>) |
| TOWN OF PLYMOUTH and<br>ROBERT J. POMEROY, as Chief of the<br>Plymouth Police Department and<br>Individually<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants in the above-captioned matter and certifies that they have conferred with Joseph R. Gallitano, counsel for the plaintiff, by telephone on July 26, 2007, regarding *Defendants' Motion for Summary Judgment and supporting memorandum* in a good faith attempt to resolve or narrow the issues raised in said motion. The parties have so conferred and they have agreed to continue to so confer regarding the issues in this case.

Respectfully submitted,

   /s/ Jeremy I. Silverfine   
Leonard E. Kesten, BBO # 542042
Jeremy I. Silverfine, BBO # 542779
Karen W. Peters, BBO # 658903
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: July 30, 2007