# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500    FAX (508) 747-1150

August 23, 2007

**ELECTRONICALLY FILED**
United States District Court
Attn: Craig Nicewicz, Clerk
to Judge Nathaniel M. Gorton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re:    Thomas M. Kelley v. Town of Plymouth, et al
       Civil Action No. 05-10596-NMG

Dear Mr. Nicewicz:

This letter serves as a request that the Court execute the Stipulation and Proposed Order filed by the office of the Inspector General on August 9, 2007. The Court previously requested the filing of said Stipulation and Proposed Order. It is imperative that the Plaintiff receive the Affidavit from the Inspector General's Office in order to prepare its opposition to the Defendant's Motion for Summary Judgment due September 4, 2007.

Thank you for your prompt attention to this matter.

Very truly yours,

/s/ *Joseph R. Gallitano*

Joseph R. Gallitano
JRG/pjm
cc:    Christine Baily, Assistant Attorney General
       Jeremy I. Silverfine, Esq.
       Richard D. Armstrong, Jr., Esq.
       Thomas Kelley