UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
      Plaintiff,

v.                                   <u>Civil Action No. 05-10596-NMG</u>

TOWN OF PLYMOUTH, et al
      Defendants.

## <u>AFFIDAVIT OF JOSEPH R. GALLITANO</u>

I, Joseph R. Gallitano, hereby depose and state that the following is true and accurate to the best of my belief as follows:

1.      I am an Attorney in good standing and represent the Plaintiff in the above-captioned matter.

2.      Exhibit A attached hereto is a true and accurate copy of the Complaint filed in this action.

3.      Exhibit B attached hereto is a true and accurate copy of e-mails and letters regarding Kelley's illnesses and chief's memo re: sick time and absence issues.

4.      Exhibit C attached hereto is a true and accurate copy of the Affidavit of Dennis M. Govoni.

5.      Exhibit D attached hereto is a true and accurate copy of the Affidavit of Thomas M. Kelley.

6.      Exhibit E attached hereto is a true and accurate copy of the Plymouth Retirement Board's Findings & Facts.

7.      Exhibit F attached hereto is a true and accurate copy of the Medical Panel Report.

8.    Exhibit G attached hereto is a true and accurate copy of page excerpts from the Deposition of Kevin F. Fahey, in this action.

9.    Exhibit H attached hereto is a true and accurate copy of the Affidavit of Kevin F. Fahey.

10.    Exhibit I attached hereto is a true and accurate copy of page excerpts from the Deposition of William R. Griffin, in this action.

11.    Exhibit J attached hereto is a true and accurate copy of a letter from dated July 13, 2007 from Griffin.

12.    Exhibit K attached hereto is a true and accurate copy of page excerpts from the Deposition of Robert J. Pomeroy, in this action.

13.    Exhibit L attached hereto is a true and accurate copy of page excerpts from the Deposition of Eleanor Beth, in this action.

14.    Exhibit M attached hereto is a true and accurate copy of a letter from Thomas M. Kelley to Ms. Beth dated May 10, 2001.

15.    Exhibit N attached hereto is a true and accurate copy of page excerpts from the Deposition of Michael Sacco, in this action.

16.    Exhibit O attached hereto is a true and accurate copy of Exhibit 2 from the Deposition of Michael Sacco.

17.    Exhibit P attached hereto is a true and accurate copy of page excerpts from the Deposition of Michael Botieri, in this action.

18.    Exhibit Q attached hereto is a true and accurate copy of page excerpts from the Deposition of Thomas M. Kelley, in this action.

19.    Exhibit R attached hereto is a true and accurate copy of page excerpts from the Deposition of Paul Boyle, in this action.

20.    Exhibit S attached hereto is a true and accurate copy of Exhibit 1 from the Deposition of Paul Boyle.

21.    Exhibit T attached hereto is a true and accurate copy of an e-mail from Botieri re:  Active Shooter Training dated April 8, 2003.

22.    Case # 1 – Candy Bell v. John E. Potter, 234 F. Supp. 2d 91; 2002 U.S. Dist. LEXIS 24161.

23.    Case # 2 – Charles N. Wormstead, Third v. Town Manager of Saugus & Others, 366 Mass. 659; 322 N.E.2d 171.


Signed and sworn to under the pains and penalties of perjury this 12th day of September, 2007.

_____
Joseph R. Gallitano

3