UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS M. KELLEY, | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO. 05-10596-NMG |
| TOWN OF PLYMOUTH, et al., | ) |
| Defendants. | ) |

## NOTICE OF FILING

The Office of the Inspector General gives notice of filing the Affidavit of Barbara J. Hansberry, dated December 20, 2006, in paper form only.

    Respectfully submitted,

    OFFICE OF THE
    INSPECTOR GENERAL,

    By its counsel,

    MARTHA COAKLEY
    ATTORNEY GENERAL

    /s/ Christine Baily
    Christine A. Baily, BBO #643759
    Assistant Attorney General
    Government Bureau
    One Ashburton Place, Room 2014
    Boston, Massachusetts 02108
    (617) 727-2200, extension 2617

September 26, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS M. KELLEY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TOWN OF PLYMOUTH, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | C.A. NO. 05-10596-NMG<br><br>Leave to file by hand<br>granted on 9/26/2007 |

### AFFIDAVIT

The undersigned affiant, BARBARA J. HANSBERRY, being first duly sworn, hereby deposes and says:

That she is employed as the General Counsel at Office of the Massachusetts Inspector General. As part of her duties, she has custody over the records of that Office.

THEREFORE, being solemnly sworn, and based on the records in my custody and control, I do hereby state and certify as follows:

1. That on January 24, 2001, the office of the Inspector General received a complaint from Thomas Kelley;

2. That the complainant alleged that the Town of Plymouth Chief of Police was illegally receiving compensation in violation of state law;

3. That the Office of the Inspector General investigated the complaint, which investigation included an interview with a former Town of Plymouth official;

4. That, based on its investigation, the Office of the Inspector General determined that the facts in the complaint were insufficient for a charge of criminal wrongdoing; and

5. That the Office of the Inspector General closed its file.

This I do state and certify this 20th day of December, 2006.

*Barbara J. Hansberry*
Barbara J. Hansberry
General Counsel

Sworn and subscribed before me this the 20th day of December, 2006.

*Mary C. Farrelly*
Mary Beth Farrelly, Notary Public
My Commission expires: 11/5/2010

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS M. KELLEY,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF PLYMOUTH, et al.,<br><br>Defendants. | C.A. NO. 05-10596-NMG<br><br>Leave to file by hand<br>granted on 9/26/2007 |

## AFFIDAVIT

The undersigned affiant, BARBARA J. HANSBERRY, being first duly sworn, hereby deposes and says:

That she is employed as the General Counsel at Office of the Massachusetts Inspector General. As part of her duties, she has custody over the records of that Office.

THEREFORE, being solemnly sworn, and based on the records in my custody and control, I do hereby state and certify as follows:

1. That on January 24, 2001, the office of the Inspector General received a complaint from Thomas Kelley;

2. That the complainant alleged that the Town of Plymouth Chief of Police was illegally receiving compensation in violation of state law;

3. That the Office of the Inspector General investigated the complaint, which investigation included an interview with a former Town of Plymouth official;

4. That, based on its investigation, the Office of the Inspector General determined that the facts in the complaint were insufficient for a charge of criminal wrongdoing; and

5. That the Office of the Inspector General closed its file.

This I do state and certify this 20th day of December, 2006.

*Barbara J. Hansberry* (signature)
Barbara J. Hansberry
General Counsel

Sworn and subscribed before me this the 20th day of December, 2006.

*Mary C. Farrell* (signature)
Mary Beth Farrelly, Notary Public
My Commission expires: 11/5/2010

-2-