UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 10596 NMG

| | |
|---|---|
| THOMAS KELLEY, <br>     Plaintiff, <br> <br> V. <br> <br> TOWN OF PLYMOUTH and <br> ROBERT J. POMEROY, as Chief of the <br> Plymouth Police Department and <br> Individually <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF DEIDRE REGAN

I, Deidre Regan, hereby depose and state the following is true and accurate to the best of my belief as follows:

1. I am an attorney at Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, which represents the defendants in the captioned action.

2. Attachment 16 hereto is a true and accurate copy of page excerpts from the Deposition of Robert J. Pomeroy in this action.

3. Attachment 17 hereto is a true and accurate copy of page excerpts from the Deposition of William R. Griffin in this action.

4. Attachment 18 is a true and accurate copy of page excerpts from the Deposition of Thomas Kelley in this action.

5. Attachment 19 is a true and accurate copy of page excerpts from the Deposition of Kevin Fahy in this action.

                                                    /s/ Deidre Regan
                                                  Deidre Regan

Date: 10/11/07