UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 10596 NMG

| | |
|---|---|
| THOMAS KELLEY, <br>     Plaintiff, <br> <br> V. <br> <br> TOWN OF PLYMOUTH and <br> ROBERT J. POMEROY, as Chief of the <br> Plymouth Police Department and <br> Individually <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants in the above-captioned matter and certifies that they have conferred with Joseph R. Gallitano, counsel for the plaintiff, by telephone on October 10, 2007, regarding *Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment* in a good faith attempt to resolve or narrow the issues raised in said Reply Memorandum. The parties have so conferred and they have agreed to continue to so confer regarding the issues in this case.

Respectfully submitted,

  /s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO # 542779
Deidre Brennan Regan, BBO #552432
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: October 11, 2007