UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS KELLEY,  ) | CIVIL ACTION NO.: 05 10596 NMG |
| Plaintiff,  ) |  |
| ) |  |
| VS.  ) |  |
| ) |  |
| TOWN OF PLYMOUTH and  ) |  |
| ROBERT J. POMEROY, as Chief of the  ) |  |
| Plymouth Police Department and  ) |  |
| Individually,  ) |  |
| Defendants.  ) |  |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM In SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(B)(3), the defendants hereby request leave to file a reply memorandum to Plaintiff's Opposition to Defendants' Motion for Summary Judgment. As grounds, the defendants state that a reply to the plaintiff's opposition will assist the Court in resolving the issues presented on summary judgment.

WHEREFORE, the defendants respectfully request that this Honorable Court grant this motion for leave and file the reply attached hereto, along with the exhibits thereto.

                                        Respectfully submitted,
                                        Defendants,
                                        By their attorneys,

                                        /s/ Jeremy Silverfine
                                        Jeremy Silverfine, BBO#542779
                                        Deidre Brennan Regan, BBO #552432
                                        BRODY, HARDOON, PERKINS & KESTEN, LLP
                                        One Exeter Plaza
                                        Boston, MA 02116
                                        (617) 880-7100

Dated: 10/11/07