UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

**PLAINTIFF, THOMAS M. KELLEY'S, MOTION TO FILE
A REBUTTAL TO DEFENDANTS' REPLY
MEMORANDUM TO PLAINTIFF'S OPPOSITION**

Pursuant to Local Rule 7.1(B)(3), the Plaintiff hereby requests leave to file a rebuttal memorandum to Defendants' Reply Memorandum in Support of their Motion for Summary Judgment. As grounds, the Plaintiff states that a rebuttal memorandum will assist the Court in resolving the issues presented on summary judgment.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant this Motion to File a Rebuttal.

                                           Respectfully submitted,

                                           Thomas M. Kelley, Plaintiff,
                                           by his attorneys,

                                           */s/ Joseph R. Gallitano*
                                           Joseph R. Gallitano, Esq.
                                           BBO # 183700
                                           34 Main Street Ext., Suite 202
                                           Plymouth MA  02360
                                           (508) 746-1500

                                           */s/ Richard D. Armstrong*
                                           Richard D. Armstrong, Jr., PC
                                           BBO # 021580
                                           1400 Hancock Street
                                           3rd Floor
                                           Quincy, MA  02169
                                           (617) 471-4400

Dated:  October 15, 2007