UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                    <u>Civil Action No. 05-10596-NMG</u>

TOWN OF PLYMOUTH, et al
    Defendants.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now comes counsel for the Plaintiff, Thomas M. Kelley, in the above-entitled matter and certifies that on October 15, 2007, he conferred with counsel for the Defendants, Jeremy I. Silverfine, Esq., regarding Assented to Plaintiff's Motion to Extend Time to File Rebuttal Memorandum to Defendants' Motion to Strike and to Continue Hearing on the Summary Judgment in a good faith attempt to resolve or narrow the issues raised in said motion.

October 15, 2007                      Respectfully submitted,

                                              Thomas M. Kelley, Plaintiff,
                                              by his attorneys,

                                              <u>*/s/ Joseph R. Gallitano*</u>
                                              Joseph R. Gallitano, Esq.
                                              BBO # 183700
                                              34 Main Street Ext., Suite 202
                                              Plymouth MA  02360
                                              (508) 746-1500