UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS KELLEY, )<br>    Plaintiff, )<br> )<br>VS. )<br> )<br>TOWN OF PLYMOUTH and )<br>ROBERT J. POMEROY, as Chief of the )<br>Plymouth Police Department and )<br>Individually, )<br>    Defendants. ) | CIVIL ACTION NO.:  05 10596 NMG |

## ASSENTED TO MOTION FOR NEW TRIAL DATE

Now come the Defendants in the above-captioned matter, and respectfully request this Honorable Court continue the present trial date of January 19, 2008 to either March 3rd or March 10, 2008.  As reasons for this motion, counsel for the Defendants state that he is scheduled to begin a two-week trial in Suffolk Superior Court on January 22, 2008 (*Kihanya v. Boston Public Schools, et. al.*, *Civil Action No.  SUCV2004-0006*).  Further, this Court's recently assigned trial date of January 19, 2008 is a Saturday.

The Plaintiff assents to this request.

The Defendants further state that the parties will not be prejudiced by this proposed continuance.  Therefore, the Defendants respectfully request that this Court allow the continuance.

| Assented to, | Respectfully submitted, |
|---|---|
| PLAINTIFF, | DEFENDANTS, |
| THOMAS KELLEY, | ROBERT J. POMEROY and the |
| By his attorney, | TOWN OF PLYMOUTH, |
|  | By their attorneys, |

/s/ Joseph R. Gallitano  
Joseph R. Gallitano  
34 Main Street  
Suite 202  
Plymouth, MA  02360  
(508) 746-1500

/s/ Jeremy I. Silverfine  
Leonard H. Kesten, BBO# 542042  
Jeremy I. Silverfine, BBO#542779  
BRODY, HARDOON, PERKINS & KESTEN, LLP  
One Exeter Plaza  
Boston, MA 02116  
(617) 880-7100

Dated:  10-26-07