UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS M. KELLEY,
    Plaintiff,

v.                                          Civil Action No. 05-10596-NMG

TOWN OF PLYMOUTH, et al
    Defendants.

## AFFIDAVIT OF JOSEPH R. GALLITANO
## RE: OPPOSITION TO MOTION TO STRIKE

I, Joseph R. Gallitano, hereby depose and state that the following is true and accurate to the best of my belief as follows:

1. I am an Attorney in good standing and represent the Plaintiff in the above-captioned matter.

2. Exhibit A attached hereto is a true and accurate copy of Volumes I and II of the Deposition of Thomas M. Kelley taken on February 9, 2006 and June 21, 2006.

3. Exhibit B attached hereto is a true and accurate copy of the Affidavit of Dennis M. Govoni.

Signed and sworn to under the pains and penalties of perjury this 15th day of November, 2007.

                                                */s/ Joseph R. Gallitano*
                                               Joseph R. Gallitano