January 18, 2008

*Electronically filed*
United States District Court
Civil Clerk's Office
Attn: Craig Nicewicz, clerk to
Judge Nathaniel M. Gorton
One Courthouse Way
Boston, MA   02210


RE:   Thomas M. Kelley
VS:   Town of Plymouth & Robert J. Pomeroy
      as Chief of the Plymouth Police
      Department & Individually
      Civil Action No: 05 10596 NMG

Dear Mr. Nicewicz:

   Please be advised that the parties in the above-referenced matter hereby agree to have this case tried by jury before the Magistrate Judge (Bowler).


|  | Respectfully submitted, |
|---|---|
| PLAINTIFF, | DEFENDANTS, |
| THOMAS KELLEY, | ROBERT J. POMEROY and the |
| By his attorney, | TOWN OF PLYMOUTH, |
|  | By their attorneys, |


/s/ Joseph R. Gallitano            /s/ Jeremy I. Silverfine
Joseph R. Gallitano, BBO#183700    Leonard H. Kesten, BBO# 542042
34 Main Street                     Jeremy I. Silverfine, BBO#542779
Suite 202                          BRODY, HARDOON, PERKINS & KESTEN, LLP
Plymouth, MA  02360                One Exeter Plaza
(508) 746-1500                     Boston, MA 02116
                                   (617) 880-7100