UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05 10596 MBB

| | |
|---|---|
| THOMAS KELLEY,<br>    Plaintiff, | )<br>)<br>) |
| VS. | )<br>) |
| TOWN OF PLYMOUTH and<br>ROBERT J. POMEROY, as Chief of the<br>Plymouth Police Department and<br>Individually,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now comes counsel for the defendants in the above-captioned matter and

certifies that they attempted in good faith to confer with Assistant Attorney General

Christine Baily, counsel for the Inspector General's Office, to reach an agreement.


Respectfully submitted,


__/s/ Jeremy I. Silverfine_____
Jeremy I. Silverfine, BBO # 542779
Leonard H. Kesten, BBO# 542042
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: April 24, 2008