UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 10596 NMG

| | |
|---|---|
| THOMAS KELLEY,<br>    Plaintiff,<br><br>V.<br><br>TOWN OF PLYMOUTH and<br>ROBERT J. POMEROY, as Chief of the<br>Plymouth Police Department and<br>Individually<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

NOW COMES counsel for the defendants in the above-captioned matter and certifies that they have conferred with Joseph R. Gallitano, counsel for the plaintiff, by telephone August 18, 2008, regarding *Defendants' Assented To Motion For Leave Of Court To Allow Insurance Claim Adjuster To Participate In Mediation Via Phone*. The Plaintiff assents to the Defendants' Motion.

Respectfully submitted,

  /s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO # 542779
Leonard Kesten, BBO# 542042
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: August 25, 2008